# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANNA M. VINES CARTER,**

       **Plaintiff,**

vs.                                                  **Case No.: 2:14-cv-2342**
                                                         **JUDGE SMITH**
                                                          **Magistrate Judge Deavers**

**JUDGE SCOTT VANDIKAN,** *et al.***,**

       **Defendants.**

## ORDER

On December 3, 2014, the United States Magistrate Judge issued an *Order and Initial Screen Report and Recommendation* recommending that Plaintiff's request to proceed *in forma pauperis* be granted, but that Plaintiff's Complaint be dismissed for failure to state a claim. (*See* Doc. 3). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.[1]

Accordingly, the *Report and Recommendation,* document 3, is **ADOPTED** and **AFFIRMED.** Plaintiffs' Complaint is hereby dismissed for failure to state a claim.

The Clerk shall remove Document 3 from the Court's pending motions list. The Clerk shall terminate this case.

       **IT IS SO ORDERED**.

                                                             */s/ George C. Smith*
                                                             **GEORGE C. SMITH, JUDGE**
                                                             **UNITED STATES DISTRICT COURT**

---

[1] Plaintiff has filed an Amended Complaint and an Amendment to Cases (see Docs. 4 and 5), however, she has not filed anything that could be construed as objections to the Report and Recommendation.